1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10   SEKOU KWANE THOMPSON,              )   CASE NO. CV 15-0693-SVW (PJW)
                                        )
11                  Petitioner,         )   ORDER DISMISSING SECOND OR
                                        )   SUCCESSIVE HABEAS CORPUS PETITION
12             v.                       )   AND DENYING CERTIFICATE OF
                                        )   APPEALABILITY
13   J. SOTO, WARDEN,                   )
                                        )
14                  Respondent.         )
     _____)

15

16        Before the Court is Petitioner's second attempt to challenge his

17   1990 conviction and sentence for first degree murder and explosion of

18   a destructive device.  The Court denied his first petition as time-

19   barred in 1999.  (*Thompson v. Ayers*, CV 98-7805-RMT (VAP), May 4, 1999

20   Order Adopting Findings, Conclusions, and Recommendations of United

21   States Magistrate Judge.)  He subsequently filed a request for a

22   certificate of appealability, which was denied by the Ninth Circuit

23   Court of Appeals.  (*Thompson v. Ayers*, CCA No. 99-56284, December 23,

24   1999 Order.)  The Court's finding that his claims were time barred

25   created "a 'permanent and incurable' bar to federal review of the

26   underlying claims."  *McNabb v. Yates*, 576 F.3d 1028, 1030 (9th Cir.

27   2009).  Absent an order from the Ninth Circuit, Petitioner may not

28   bring a habeas petition challenging his 1990 conviction and sentence

1  in this court.  *See* 28 U.S.C. § 2244; *see also Burton v. Stewart*, 549

2  U.S. 147, 157 (2007) (holding district court lacks jurisdiction to

3  consider the merits of a second or successive petition absent prior

4  authorization from the circuit court).  For this reason, the Petition

5  is dismissed.

6      Further, the Court finds that Petitioner has not made a

7  substantial showing of the denial of a constitutional right or that

8  the Court erred in its procedural ruling and, therefore, a certificate

9  of appealability will not issue in this action.  *See* 28 U.S.C.

10 § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S.

11 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

12     IT IS SO ORDERED.

13

14     DATED:   February 3, 2015

15

16                                     STEPHEN V. WILSON
                                       UNITED STATES DISTRICT JUDGE

17

18 Presented by:

19

20

   _____
21 PATRICK J. WALSH
   UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28 C:\Users\pcruz\AppData\Local\Temp\notes97E53A\Prop Ord dismissing.wpd

                                       2