UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEKOU KWANE THOMPSON, | ) | CASE NO. CV 15-0693-SVW (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| J. SOTO, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed.

DATED: February 3, 2015.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

C:\Users\pcruz\AppData\Local\Temp\notes97E53A\Judgment.wpd